Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SARAH MILLER v. LOUIS MILLER.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLTON MILLS v. DAVID FRANK, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the proposed case to be served on or before February 16, 1931, and thereafter promptly prosecute the appeal. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ABRAHAM DICKMAN.— Motion to dismiss appeal granted unless appellant procure the record on appeal and appellant's points to be filed on or before February 16, 1931, with notice of argument for March 3, 1931. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MARIE FOLEY.— Motion to dismiss appeal granted unless appellant procure the record on appeal and appellant's points to be filed on or before February 25, 1931, with notice of argument for March 12, 1931. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD ZADOWSKI.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM BURNS.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. STEVEN LYNCH.— Motion to dismiss appeal granted, unless appellant procure the record on appeal and appellant's points to be filed on or before the 15th day of February, 1931, with notice of argument for March 3, 1931. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MANHATTAN FINANCIAL CORPORATION v. HARRY GOODSTEIN, as Receiver, etc., and Others.— Motion to dismiss appeal from order of August 16, 1930, granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before February 16, 1931. Motion to dismiss appeal from order of November 7, 1930, denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NEW YORK PLUMBERS SPECIALTIES CO., INC., v. FARWOOD REALTY CO., INC., and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JACOB GOODMAN v. JACOB GOODMAN HOLDING CORPORATION and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY ZELIN and Another v. CLAUS HERMAN BECKMANN and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HAROLD STERN v. CHARLES FLEISCHER and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HAROLD STERN v. CHARLES FLEISCHER and Another.— Application denied,